## Dorothy L. Van Zandt, Plaintiff-Appellant, v. Louis P. Van Zandt, Defendant-Appellee.

**Gen. No. 48,835.**

First District, First Division.

June 10, 1963.

Rehearing denied June 24, 1963.

Kenneth C. Sedlak, of Lisle, for appellant; Arthur George, of Chicago, for appellee. Opinion by JUSTICE ENGLISH. Not to be published in full.